IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES ROTENBERRY**                                                        **PLAINTIFF**

**v.**                  **CASE NO. 4:22-CV-00012-BSM**

**KILILO KIJAKAZI, Acting Commissioner**                    **DEFENDANT**
**of Social Security Administration**

## ORDER

James Rotenberry's motion for attorney's fees and other expenses in the amount of $6,365.58 [Doc. No. 12] is granted, and payment shall be made to Rotenberry. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (fees award pursuant to section 2412 is payable to claimant rather than attorney).

IT IS SO ORDERED this 18th day of July, 2022.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE